| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States Courts
Southern District of Texas
ENTERED
SEP 27 2004
Michael N. Milby, Clerk of Court

SONY DISCOS, INCORPORATED, *et al.*, §
§
         Plaintiffs, §
§
*versus* §    CIVIL ACTION H-02-3729
§
§
E.J.C. FAMILY PARTNERSHIP, *et al.*, §
§
         Defendants. §

## Order

1. E.J.C.'s motion for protective order is dismissed as moot. (30)

2. Sony's motion for extension of time to respond is dismissed as moot. (40)

3. E.J.C.'s motion for leave to file an amended answer is granted. (46)

Signed September 23, 2004, at Houston, Texas.

                                        Lynn N. Hughes
                                  United States District Judge