| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Sony Discos, Inc., et al., § 
§
      Plaintiffs, §
§
versus §      Civil Action H-02-3729
§
E.J.C. Family Partnership, et al., §
§
      Defendants. §

## Final Judgment

1. Sony Discos, Inc., Artista Records, Inc., BMG Music, Capitol Records, Inc., Elektra Entertainment Group, Inc., Fonovisa, Inc., Interscope Records, Inc., J Records, LLC, Priority Records, LLC, Sony Music Entertainment, Inc., The RCA Records Label, UMG Recordings, Inc., Virgin Records America, Inc., Warner Music International, Inc., Warner Music Latina, Inc., WEA International, Inc., and Zomba Recording Corporation take nothing from E.J.C. Family Parternship, Ltd., E.J.C. Enterprises, Inc., and Elwym J. Cole.

2. Attorney fees and costs will be assessed post-judgment.

Signed on March 31, 2010, at Houston, Texas.

                                                      Lynn N. Hughes
                                        United States District Judge