## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **SONY DISCOS, INC., ET AL.** | § | |
| | § | |
| | § | **C.A. NO. H-02-3729** |
| **VS.** | § | |
| | § | **JURY** |
| **E.J.C. FAMILY PARTNERSHIP, LTD,** | § | |
| **ET AL.** | § | |

### DEFENDANTS' MOTION FOR ATTORNEY FEES

E.J.C. Family Partnership, E.J.C. Enterprises, Inc. and Elwyn J. Cole asks the court to award attorney fees and other related nontaxable expenses.  Fed. R. Civ. P. 54(d)(2)(B).

### A.  Introduction

1.      Plaintiffs are Sony Discos, Inc., et al.; defendants are E.J.C. Family Partnership, Ltd., E.J.C. Enterprises, Inc. and Elwyn J. Cole.

2.      Plaintiffs sued defendants for vicarious liability and contributory copyright infringement.

3.      The court granted summary judgment in favor of defendants, and the clerk entered the judgment on March 31, 2010.

### B.  Argument

4.      Defendants are entitled to an award of attorney fees because defendants are the prevailing party in an action under the Copyright Act, and the losing party is not the United States.  17 U.S.C. § 505.

5.      Defendants seek $282,182.00 as the fair and reasonable amount of attorney fees.

### C.  Conclusion

6.       For these reasons, defendants ask the court to award attorney fees to E.J.C.

Family Partnership, Ltd., et. al.

Respectfully submitted,

/s/ Stephen S. Andrews by permission/SAM
Stephen S. Andrews
State Bar No. 01250300
S.D. Bar No. 1458
OAKS, HARTLINE & DALY, LLP
2323 S. Shepherd, 14th Floor
OF COUNSEL:                                              Houston, Texas 77019
Telephone: 713-979-5566
Scott Morrison                                           Facsimile: 713-979-4440
State Bar No. 24013200
S.D. Bar No. 26218
OAKS, HARTLINE & DALY, LLP                               ATTORNEY IN CHARGE FOR DEFENDANTS
2323 S. Shepherd, 14th Floor                             E.J.C. FAMILY PARTNERSHIP, LTD.,
Houston, Texas 77019                                     E.J.C. ENTERPRISES, INC. AND
Telephone: 713-979-5566                                  ELWYN J. COLE
Facsimile 713-979-4440

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on April 20, 2010 by forwarding copies to:

Mr. Robert L. Levy
Haynes & Boone, L.L.P
1000 Louisiana, Suite 4300
Houston, Texas 77002

Russell J. Frackman
Jeffrey D. Goldman
Eric J. German
Mitchell Silberberg & Knupp, L.L.P.
11377 West Olympic Blvd.
Los Angeles, CA 90064-1683

Matthew Oppenheim
Michael Huppe
Recording Industry Association of America, Inc.
1330 Connecticut Ave., NW
Washington, DC 20036-1725

Jeffrey C. Prince
Haynes & Boone, L.L.P.
112 E. Pecan Street, Suite 1600
San Antonio, Texas 78205

/s/Stephen S. Andrews by permission
/SAM
Stephen S. Andrews

## **CERTIFICATE OF CONFERENCE**

I certify that I attempted to confer with Robert L. Levy by telephone, but was told that Mr. Levy is no longer with the law firm of Haynes and Boone and it was not immediately known who had taken over the file. I certify that I attempted to confer with Jeffrey D. Goldman and was told that he is no longer at the firm of Mitchell Silberberg & Knupp. I certify that I attempted to confer with Russell J. Frackman by telephone, but Mr. Frackman has not responded to my attempt. Accordingly, I cannot represent to the court whether counsel opposes or does not oppose the foregoing motion.

/s/Stephen S. Andrews by permission
/SAM
Stephen S. Andrews

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **SONY DISCOS, INC., ET AL.** | § | |
| | § | |
| | § | **C.A. NO. H-02-3729** |
| **VS.** | § | |
| | § | **JURY** |
| **E.J.C. FAMILY PARTNERSHIP, LTD,** | § | |
| **ET AL.** | § | |

### ORDER ON DEFENDANTS' MOTION FOR ATTORNEY FEES

Pending is defendants, E.J.C. Family Partnership, Ltd., E.J.C. Enterprises, Inc. and Elwyn J. Cole's, motion for attorney fees and costs.  The Motion is granted and the plaintiffs are ORDERED to pay the sum of $282,182.00 to defendants as attorneys fees taxed as costs.

SIGNED on _____, 2010 at Houston, Texas.


_____
**UNITED STATES DISTRICT JUDGE**