IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

No. 10-20338

SEP 2 3 2010

David J. Bradley, Clerk of Court

SONY DISCOS INC.; ARISTA RECORDS INC.; BMG MUSIC; CAPITOL RECORDS INC; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA INC.; INTERSCOPE RECORDS; J RECORDS L.L.C.; PRIORITY RECORDS L.L.C.; SONY MUSIC ENTERTAINMENT INC; THE RCA RECORDS LABEL, a unit of BMG Music; UMG RECORDINGS INC; VIRGIN RECORDS AMERICA INC; WARNER MUSIC INTERNATIONAL INC.; WARNER MUSIC LATINA INC.; WEA INTERNATIONAL INC.; ZOMBA RECORDING CORPORATION,

    Plaintiffs - Appellants

v.

E J C FAMILY PARTNERSHIP LTD; E J C ENTERPRISES INC; ELWYN J COLE, doing business as Cole's Antique Vilage & Flea Market,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5ᵀᴴ CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

*Lyle W. Cayce*
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

*Court Order(clk's sign)(Appeal)MOT-55*

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana   SEP 17 2010

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 17, 2010

United States Courts
Southern District of Texas
FILED

SEP 2 3 2010

Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 5300
Houston, TX 77002

No. 10-20338, Sony Discos, Inc., et al v. E J C Family Partnership, Ltd., et al
USDC No. 4:02-CV-3729

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Linda B. Miles
Linda B. Miles, Deputy Clerk
504-310-7709

cc w/encl:
    Mr. Stephen S. Andrews
    Mr. Russell J. Frackman
    Mr. Eric James German
    Mr. Scott A. Morrison
    Mr. Stacy R. Obenhaus
    Mr. Joseph A. Stallone

*Mandate Issued - MDT-1 (!ag,tax,img)*