| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Sony Discos, Inc., *et al.*, §
§
       Plaintiffs, §
§
*versus* §   Civil Action H-02-3729
§
E.J.C Family Partnership, LTD, *et al.*, §
§
       Defendants. §

## Order Releasing Judgment

1. On the motion of the parties, the final judgment of March 31, 2010, is released.

2. This case is dismissed with prejudice. Each party will bear its own attorneys' fees and costs. (92)

Signed on April 4, 2011, at Houston, Texas.

                Lynn N. Hughes
            United States District Judge